**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-7761

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

ARTHUR PAUL MOORE, JR.,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. Frank W. Bullock, Jr., District Judge. (CR-98-93, CA-01-680-1)

Submitted: February 20, 2003       Decided: February 26, 2003

Before LUTTIG, MOTZ, and GREGORY, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Alvin Garnell Matthews, Fayetteville, North Carolina, for Appellant. Douglas Cannon, Assistant United States Attorney, Greensboro, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Arthur Paul Moore, Jr., a federal prisoner, seeks to appeal the district court's order accepting the recommendation of the magistrate judge to deny relief on his motion filed under 28 U.S.C. § 2255 (2000).  An appeal may not be taken from the final order in a § 2255 proceeding unless a circuit justice or judge issues a certificate of appealability.  28 U.S.C. § 2253(c)(1) (2000).  A certificate of appealability will not issue for claims addressed by a district court on the merits absent "a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2) (2000); see Rose v. Lee, 252 F.3d 676, 683 (4th Cir.), cert. denied, 534 U.S. 941 (2001).  We have reviewed the record and conclude for the reasons stated by the district court that Moore has not made the requisite showing.  See United States v. Moore, Nos. CR-98-93; CA-01-680-1 (M.D.N.C. filed Oct. 16, 2002 & entered Oct. 17, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2